B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

In re  Lishan W Godana                          Case No.   16-13430-KHK

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | Branch Banking and Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Rushmore Loan Management Services
 P.O. Box 55004
 Irvine, CA 92619-2708

Court Claim # (if known):  2-1
Amount of Claim:  $236,219.52
Date Claim Filed:  10/20/2016

Phone: 888-504-6700
Last Four Digits of Acct #: XXXXXX8222

Phone:
Last Four Digits of Acct. #:  XXXX6730

Name and Address where transferee payments should be sent (if different from above):
 Rushmore Loan Management Services
 P.O. Box 52708
 Irvine, CA 92619-2708

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:        /s/ Nisha R. Patel              Date:  11/1/2017
      Transferee/Transferee's Agent
      Nisha R. Patel, Esquire, Bar No. 83302
      Samuel I White, P.C.
      1804 Staples Mill Road
      Suite 200
      Richmond, VA 23230
      Tel: (804) 290-4290
      Fax: (804) 290-4298
      npatel@siwpc.com

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CERTIFICATE OF SERVICE

      I certify that on November 1, 2017, the foregoing Notice was served via CM/ECF on Thomas P. Gorman, Trustee, and Tommy Andrews, Jr., Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Lishan W Godana, Debtor, 6750 Applemint Lane, Alexandria, VA 22310.

**/s/ Nisha R. Patel**
Nisha R. Patel, Esquire
Samuel I. White, P. C.