**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:                                )
    LISHAN W. GODANA      **)**
                                      )     Case No. 16-13430-KHK
                                      )     Chapter 13
    Debtor                )

## MOTION TO APPROVE SALE OF DEBTOR'S PROPERTY

    COMES NOW, LISHAN W. GODANA Debtor herein through undersigned counsel, Tommy Andrews, Jr. and Tommy Andrews Jr. P.C. pursuant to 11 U.S.C. §§363(b)(1) and requests that he be granted leave to sell certain real property of the Estate. As his grounds, he states as follows:

1. The Debtor filed a voluntary petition under Chapter 13 on October 09, 2016. On the date of filing, Debtor owned real property known as 6750 Applemint Lane, Alexandria, VA 22310 ("Property") with a lien on the Property from SN Servicing corporation in the amount of $236,219.52, and a HOA delinquency balance of $570.00 from Autumn Chase Hunt Homeowners Association.

2. The Debtor obtained a Sales Contract with favorable terms to sell the Property for the amount of $380,000.00. The closing is scheduled on January 25, 2019.

3. The Debtor intends to submit proceeds from the sale to the Chapter 13 Trustee in his bankruptcy. According to a preliminary Settlement Statement, Debtor and his spouse currently holding the house as a tenancy by the entireties, expects to receive about $34,219.72 in proceeds, of which he is entitled to half of.

The Debtor requests authorization to execute the sale and waiver of any restrictions pursuant to 11 U.S.C. §363(l) and Federal Bankruptcy Code Rule 6004(h).

    WHEREFORE, LISHAN W. GODANA respectfully prays that he be approved to sell the property and for other relief court deems appropriate.

    LISHAN W. GODANA
    By Counsel
    /s/ Tommy Andrews, Jr.
    Tommy Andrews, Jr., Esq. VSB # 28544
    122 North Alfred Street
    Alexandria, VA 22314

Tommy Andrews, Jr. #28544
Derek Bathrick # 46648
Tetiana Zhmachenko #77501
TOMMY ANDREWS JR. PC
122 North Alfred Street
Alexandria, Virginia 22314
703-838-9004

(703) 838-9004

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing Motion to Approve Sale of Debtor's Property was served by first class mail, postage prepaid, by hand delivery, and/or by ECF system to the Chapter 13 Trustee, US Trustee, Debtor and all creditors and interested parties, this 11th day of January, 2019.

                                                      /s/ Tommy Andrews, Jr.
                                                      Tommy Andrews, Jr., Esq.

Tommy Andrews, Jr. #28544
Derek Bathrick # 46648
Tetiana Zhmachenko #77501
TOMMY ANDREWS JR. PC
122 North Alfred Street
Alexandria, Virginia 22314
703-838-9004