# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

Lishan W Godana

Debtor.

Case No. 16-13430-KHK

(Chapter 13)

## ORDER GRANTING EXPEDITED HEARING

THIS CASE came before the Court on the Debtor's Motion to Expedite Hearing (Docket No. 55) on his Motion to Approve Sale of Property (Docket No. 54). Upon consideration, it is

ORDERED:

1. The motion to expedite hearing is granted, and a hearing on the Debtor's Motion to Approve Sale of Property (Docket No. 54) will be held on **January 17, 2019 at 9:30 a.m.** in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2. The movant shall immediately give notice by the quickest means to all affected parties. Notice may be electronic, by facsimile, telephonic, hand-delivery, or other means reasonable calculated to give actual notice to the affected parties.

3. Any objections may be made orally at the hearing.

4. The Clerk shall mail copies of this Order or give electronic notice of its entry, to the parties listed below.

Jan 15 2019
Date

/s/ Klinette Kindred
Klinette H. Kindred
United States Bankruptcy Judge

E.O.D. Jan 15 2019

Copy electronically to:

Tommy Andrews, Jr.
Thomas P. Gorman
John P. Fitzgerald, III.