**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: Lishan W Godana ) | CASE NO. 16-13430-KHK |
| ) | |
| ) | CHAPTER 13 BANKRUPTCY |
| DEBTOR ) | |
| ) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor: U.S. Bank Trust National Association/MTGLQ Investors, L.P./SN Servicing Corporation**
**Trustee Claim No.: 002**

**Last four (4) digits of any number used to identify the Debtor's account: 4262**

**Mortgage Cure Amount:**

| | |
|---|---|
| Amount of Allowed Pre-Petition or other Arrearage: | $14,028.45 |
| Amount Paid By Trustee | $   736.07 |
| Amount Due By Trustee | $      0.00* |

*Order Approving Sale entered January 23, 2019. The reaminder of the mortgage arrearge claim was paid pursuant to the settlement statement.

**Monthly Ongoing Mortgage Payment is Paid:**

___ Through the Chapter 13 Trustee conduit     _X_ Direct by the Debtor

Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Code Section 1322(b)(5), the Debtor is otherwise current on all the payments, or be subject to further action of the Court including possible sanctions.

Dated: February 4, 2019                              Respectfully Submitted:

/s/ Thomas P. Gorman
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2019, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Tommy Andrews, Jr., Esq.
Attorney for Debtor
122 N. Alfred St.
Alexandria, VA 22314

The Law Offices of Michelle Ghidotti
Attorney for U.S. Bank Trust National Association
Attn: Michelle Rene Ghidotti-Gonsalves, Esq
1920 Old Tustin Ave.
Santa Ana, CA 92705

Samuel I. White, P.C.
Attorney for MTGLQ, L.P.
Attn: Johnie Rush Muncy, Esq.
Attn: Nisha Ryan Patel, Esq.
1804 Staples Mill Road
Suite 200
Richmond, VA 23230


and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Lishan W Godana
Chapter 13 Debtor
6750 Applemint Lane
Alexandria, VA 22310

SN Servicing Corporation
323 5th Street
Eureka, CA 95501


    /s/   Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee